# EXHIBIT C



Case Information Summary for Case Number
**2014-CH-14861**

Filing Date: 9/15/2014

Case Type: CLASS ACTION

Division: Chancery Division

District: First Municipal

Ad Damnum: $0.00

Calendar: 10

## Party Information

**Plaintiff(s)**  
ROBINSON QUINCEY

**Attorney(s)**  
KAMBER EDELSON LLC  
350 N LASALLE 1300  
CHICAGO IL, 60654  
(312) 589-6370

**Date of Service** **Defendant(s)** **Attorney(s)**

AVANQUEST NORTHAMERICA INC

AVANQUEST SOFTWARE SA

## Case Activity

Activity Date: 9/15/2014                     Participant: ROBINSON QUINCEY

CLASS ACTION COMPLAINT FILED (JURY DEMAND)

Court Fee: 567.00                     Attorney: KAMBER EDELSON LLC

Activity Date: 9/15/2014                     Participant: ROBINSON QUINCEY

SUMMONS ISSUED AND RETURNABLE

Attorney: KAMBER EDELSON LLC

Activity Date: 9/15/2014                     Participant: ROBINSON QUINCEY

CASE SET ON CASE MANAGEMENT CALL

Date: 1/13/2015
Court Time: 0930
Court Room: 2302

Judge: ALLEN, THOMAS R.
Attorney: KAMBER EDELSON LLC

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Start a New Search