Exhibit 1

1(a)  Fix-It set-up wizard dialogue box:



1(b)  EULA dialogue box:



1(c)  Dialogue box that requests the user to enter the Fix-It serial number:

