# EXHIBIT 1



**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work November 21, 2014. Please refer to **Processing Times** for the received dates of filings currently being proce: a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | AVANQUEST NORTH AMERICA INC. |
| Entity Number: | C1376174 |
| Date Filed: | 06/02/1986 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 23801 CALABASAS RD STE 2005 |
| Entity City, State, Zip: | CALABASAS CA 91302-1547 |
| Agent for Service of Process: | BRUCE FRIEDMAN |
| Agent Address: | 4040 LYCEUM AVE |
| Agent City, State, Zip: | LOS ANGELES CA 90066 |

\* Indicates the Information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Corporations Code **section 2114** for information relating to service upon corporations that have surrend
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definiti**

**Modify Search**  **New Search**  **Printer Friendly**  **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2014  California Secretary of State